**Opinion issued December 13, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00842-CR

————————————

## EX PARTE JOSHUA JERMAINE NELSON, Appellant

---

### On Appeal from the 458th District Court
### Fort Bend County, Texas
### Trial Court Case No. 15-DCR-068407

---

## MEMORANDUM OPINION

Appellant, Joshua Jermaine Nelson, challenges the trial court's order denying his pretrial application for a writ of habeas corpus. We dismiss the appeal for lack of jurisdiction.

We cannot exercise jurisdiction over an appeal without a timely filed notice of appeal. *See* TEX. R. APP. P. 26.2(a); *see also Castillo v. State*, 369 S.W.3d 196,

198 (Tex. Crim. App. 2012); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A defendant's notice of appeal is timely if it is filed within thirty days after the date sentence is imposed or suspended in open court or the trial court signs an appealable order. TEX. R. APP. P. 26.2(a); *see Bayless v. State*, 91 S.W.3d 801, 805 (Tex. Crim. App. 2002); *Ex parte Matthews*, 452 S.W.3d 8, 10–11 (Tex. App.—San Antonio 2014, no pet.); *see also Ex parte Smith*, 178 S.W.3d 797, 801 (Tex. Crim. App. 2005) ("The denial of relief on a pretrial writ of habeas corpus may be appealed immediately . . . ."). Here, the trial court signed the order denying appellant's pretrial habeas application on July 31, 2018. Appellant's notice of appeal, therefore, was due to be filed no later than August 30, 2018. *See* TEX. R. APP. P. 26.2(a)(1); *Olivo*, 918 S.W.2d at 522. Appellant's notice of appeal, filed on September 21, 2018, was untimely to perfect an appeal of the July 31, 2018 order, and we have no basis for jurisdiction over the appeal.[1] *See Olivo*, 918 S.W.2d at 522; *Ex parte Matthews*, 462 S.W.3d at 14; *Few v. State*, 136 S.W.3d 707, 713 (Tex. App.—El Paso 2004, no pet.); *Green v. State*, 999 S.W.2d 474, 476 (Tex. App.—Fort Worth 1999, pet. ref'd).

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

---

[1] The Clerk of this Court notified appellant that his appeal was subject to dismissal for lack of jurisdiction unless he filed a response showing how this Court has jurisdiction over his appeal. *Cf.* TEX. R. APP. P. 42.3(a). Appellant did not respond.

Panel consists of Chief Justice Radack and Justices Jennings and Bland.

Do not publish.   TEX. R. APP. P. 47.2(b).